UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | ORDER |
| ALFRED PALAGONIA, | 00 CR 196 (ILG) |
| Defendant. | Assigned To: Hon. I. Leo Glasser |

---

**NOW**, upon reading and filing the motion for restitution on behalf of the Estate of Ernest and Judit Gottdiener, Ervin Tausky and Suan Investments, Inc. (the "Victims") (Doc. No. 528) and having considered the United States of America's initial opposition, made by the United States Attorney, via letters dated February 17, 2012 (Doc. No. 533) and March 16, 2012 (Doc. No. 534), and having held oral argument on July 30, 2012, and considering the parties' joint submission filed on August 6, 2012 (Doc. No. 545), wherein the Victims and the United States of America stipulated and agreed that the Victims' losses caused by Alfred Palagonia's conspiracy to commit securities fraud total $1.3 million dollars; it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Estate of Ernest and Judit Gottdiener, Ervin Tausky and Suan Investments, Inc. will be entitled to restitution in the amount of $1.3 million dollars herein and that the United States of America shall make payment to the aforesaid Victims within 60 days of the signing and filing of this Order.

Dated _____, 2012

s/I L Glasser

_____
HON. I. LEO GLASSER