UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    *-against-*      **ORDER**

                                                          00-CR 196 (ILG)

ALFRED PALAGONIA,

                    Defendant,

NOW, upon reading and filing the motion for restitution on behalf of the Estate of Ernest and Judit Gottdiener, Ervin Tausky and Suan Investments, Inc. (the "Victims") (Doc. No. 528) and having considered the United States of America's initial opposition, made by the United States Attorney, via letters dated February 17, 2012 (Doc. No. 533) and March 16, 2012 (Doc. No. 534), and having held oral argument on July 30, 2012, and considering the parties' joint submission filed on August 6, 2012 (Doc. No. 545), wherein the Victims and the United States of America stipulated and agreed for purposes of this proceeding only that the Victims' losses caused by Alfred Palagonia's conspiracy to commit securities fraud total $1. 3 million dollars; it is hereby

ORDERED, ADJUDGED AND DECREED that the Estate of Ernest and Judit Gottdiener, Ervin Tausky and Suan Investments, Inc. will be entitled to restitution in the amount of $1.3 million dollars which shall be payable to their attorney's trust account, Mark A. Tepper, P.A. IOLA Trust Account.

It is FURTHER ORDERED that the Clerk of the Court shall distribute the money to the extent that funds have been collected within 45 days of the signing and filing of this order.

It is FURTHER ORDERED that as additional money is collected it should be distributed

in accordance with the above.

It is FURTHER ORDERED that this order supersedes and replaces the Court's previous order dated November 2, 2012.

Dated: Brooklyn, New York
December /⟋, 2012

THE HONORABLE I. LEO GLASSER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK