*INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 7, 2025 at 2:47:00 PM EST | +14025247555 | 268 | 5 | Received |

Feb 07, 2025 12:42 (UTC-07)   From: +14025247555 (C Collins)   To: +17186132446   1 of 5

C. Collins
c.collins1600@gmail.com

January 30, 2025

Honorable I. Leo Glasser
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *USA v. Coppa et al.*, 00-cr-196

Dear Judge Glasser:

I would like to inform the Court of anomalies in the docket of *USA v. Coppa et al.*, 00-cr-196. Extraordinarily, a number of names and items are missing from the docket.

A comparison of older versions of the aggregate docket of all 19 defendants and the current docket as available on PACER indicates that names and items have been removed, without explanation or notation.

These redactions include the removal of:

1) the name of Defendant 1, Frank Coppa Sr., as well as his attorneys' names, the charges, and their disposition. Also missing are most of the items in the docket that refer to him.

Missing as well is the final item in Mr. Coppa's docket, a letter from me to the court requesting certain items to be unsealed (Item 556, May 18, 2021). (I did not receive a response.)

2) the name of Defendant 3, Daniel Persico, as well as his attorney's name, the charges against him, and their disposition. Also missing are the majority of items in the docket that refer to him.

3) the list of the original related cases (98-cr-1069, 98-cr-1101, 98-cr-1102, and 99-cr-545).

In other words, *USA v. Coppa et al.* is missing Frank Coppa (among other things).

These alterations apply only to the aggregate docket that includes all 19 cases of *USA v. Coppa et al.* The separate dockets for Mr. Coppa and Mr. Persico include all relevant items as far as I can ascertain; however, the tops of their separate dockets are missing the defendants' names, lawyers' names and addresses, charges, and disposition.

For example, this is at the top of the docket for Defendant 1, Frank Coppa:

---

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CRIMINAL DOCKET FOR CASE #: 1:00-cr-00196-ILG-1**

Case title:                                                                                    Date Filed: 03/01/2000

                                                                                              Date Terminated: 04/23/2002

**Sorry, no party found for case 1:00-cr-00196-ILG**

---

The bulk of the redactions seem to have occurred after 2012 and before mid-2018. Specific items missing from the currently available docket of 00-cr-196 that were available in earlier iterations of the docket available in PACER include the following:

| File Date  | Item Number         | File Date  | Item Number                       |
|------------|---------------------|------------|-----------------------------------|
| 3/2/2000   | 64                  |            |                                   |
| 3/16/2000  | 9                   | 1/7/2002   | 303                               |
| 3/16/2000  | 10                  | 1/25/2002  | 315                               |
| 3/31/2000  | 35                  | 2/21/2002  | 327                               |
| 4/3/2000   | 36                  | 2/26/2002  | [sentencing]                      |
| 4/3/2000   | 37                  | 2/26/2002  | 328                               |
| 5/12/2000  | 53                  | 2/26/2002  | [dismissal of counts]             |
| 5/22/2000  | 59                  | 3/18/2002  | 352                               |
| 5/30/2000  | 80                  | 3/19/2002  | 341                               |
| 6/28/2000  | 91                  | 3/19/2002  | 346                               |
| 10/10/2000 | 112                 | 3/19/2002  | 354                               |
| 10/20/2000 | 113                 | 4/16/2002  | 363                               |
| 11/13/2000 | 120                 | 4/17/2002  | 362                               |
| 11/29/2000 | 126                 | 4/23/2002  | 364                               |
| 12/4/2000  | 134 [letter]        | 4/23/2002  | [sentencing]                      |
| 12/4/2000  | 134 [endorsed order]| 4/23/2002  | 365                               |
| 3/8/2001   | 169 [letter]        | 4/25/2002  | [dismissal of counts]             |
| 3/8/2001   | [endorsed order]    | 5/2/2002   | 366                               |
| 4/20/2001  | 187                 | 5/3/2002   | 368                               |
| 6/7/2001   | 202 [letter]        | 5/6/2002   | 367                               |
| 6/7/2001   | [endorsed order]    | 5/13/2002  | 369                               |
| 6/28/2001  | 208                 | 6/6/2002   | 379                               |
| 7/19/2001  | 212                 | 4/29/2003  | [certified/transmitted record of appeal] |
| 9/24/2001  | 230                 |            |                                   |
| 10/26/2001 | 258                 | 6/9/2003   | 453                               |
| 11/20/2001 | 270                 | 6/9/2003   | 454                               |
| 11/20/2001 | 271                 | 6/26/2003  | 456                               |
| 11/20/2001 | 272                 | 8/14.2003  | 461                               |
| 11/20/2001 | 273                 | 9/10/2004  | 479                               |
| 12/13/2001 | 292                 | 9/27/2004  | 480                               |
| 12/18/2001 | 293                 | 3/15/2006  | 485                               |

There is no explanation that is visible on the docket to indicate why the items have been redacted, or when. It is unclear who ordered the redactions or when.

You honor, is it possible for the Court to make the docket whole or explain why it is not?

Please docket this letter upon receipt.

Thank you very much,

C. Collins