**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

CHAMBERS OF
I. LEO GLASSER
SENIOR JUDGE

February 24, 2025

Re: *United States v. Coppa, et al.*
  00-CR-00196 (ILG)

Dear Ms. Collins:

Your persistent interest in the *Coppa* case, as I believe I mentioned in our prior correspondence, continues to interest me, but has not been disclosed.

In response to your inquiry regarding apparent docket irregularity, the office of the Clerk of Court has advised as follows:

Approximately 25 years ago, when this case was commenced, it was filed on ICMS, which was the first docketing program that was used following paper docketing and before CMECF. With the introduction of the CMECF system, the ICMS docket was converted to it. Apparently, the docketing of this case, which named 19 defendants, did not convert accurately. Our ECF Administrator has learned that there was a missing data link record which links the Master Criminal Case ID to the defendant's Case ID. I am informed that she corrected it.

I am also informed that prior to the ECF system, documents were not scanned and attached to the docket sheet, which is why you cannot see them.

Hopefully, the foregoing is responsive to your inquiry

Yours sincerely,
/s/
I. Leo Glasser
Senior United States District Judge